

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00308-CV

_____

IN RE GABRIEL SANCHEZ, Relator

---

Original Proceeding
Justice of the Peace, Precinct 4 of Tarrant County, Texas
Trial Court No. JP04-25-E00071210

---

Before Wallach, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of prohibition and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of prohibition is denied.

Per Curiam

Delivered:  June 30, 2025